1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROMA MORRIS,                              No.  2:14-cv-1353 LKK CKD PS

12                  Plaintiff,

13        v.                                   ORDER

14   DEUTSCHE BANK NATIONAL TRUST
     COMPANY, et al.,
15
                    Defendants.
16

17

18        This action was removed from state court on June 4, 2014.  The removal petition alleges

19   that federal question jurisdiction exists because plaintiff's claims depend on the determination of

20   plaintiff's rights and defendants' duties, if any, under federal law.  On June 12, 2014, plaintiff

21   filed an ex parte application and notice of motion to remand this action.  Defendants oppose the

22   ex parte application and contend that there is "no basis to circumvent Defendants' right to

23   formulate an intelligent response" to the motion to remand.  While defendants are correct that

24   plaintiff's ex parte application suffers some procedural infirmities, plaintiff is proceeding pro se,

25   and as such, the court will construe plaintiff's pleadings liberally.  Plaintiff has fully briefed the

26   motion to remand.  Defendants will be afforded an opportunity to fully brief any opposition.

27   /////

28   /////

                                                1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  Defendants shall file opposition, if any, to the motion to remand no later than July 2,

3   2014.

4         2.  Reply, if any, shall be filed no later than July 9, 2014.

5         3.  The matter shall thereafter stand submitted.

6   Dated:  June 17, 2014

7                           CAROLYN K. DELANEY

8                           UNITED STATES MAGISTRATE JUDGE

9

10   4 morris-deutsche.brf

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2