UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMA MORRIS, | No. 2:14-cv-1353 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

  Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c).

  On July 14, 2014, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

  The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 14, 2014 are adopted in full;

2. The motion to remand (ECF No. 6) is granted; and

3. This action is remanded to the Superior Court of California, County of Alpine.

DATED: September 22, 2014.

_____
UNITED STATES DISTRICT JUDGE